IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRISTYAN JOSE GONZALEZ-CARRILLO,<br><br>Defendant. | MJ-20-12-BU-KLD<br><br>ORDER |

The United States has filed a motion requesting to unseal the complaint and record in this case. (Doc. 5.) Good cause appearing, IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint, Arrest Warrant, and Affidavit in Support of Criminal Complaint and Arrest Warrant filed herein, is UNSEALED.

DATED this 4th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1