FILED

MAR 19 2021

Clerk, US District Court
District of Montana - Billings



**TARA J. ELLIOTT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **CRISTYAN JOSE GONZALEZ-CARRILLO,** Defendant. | CR 21- 07 -BU- DLC  **INDICTMENT**  ILLEGAL EXPORT (Count 1) Title 18 U.S.C. § 554 (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release.)  FALSE STATEMENT IN CONNECTION WITH A FIREARMS TRANSACTION (Counts 2-10) Title 18 U.S.C. § 922(a)(6) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release.)  CRIMINAL FORFEITURE Title 18 U.S.C. § 924(d) |

1

THE GRAND JURY CHARGES:

COUNT 1

Beginning in approximately February 2, 2020, and continuing until approximately July of 2020, in Gallatin and Park Counties, in the State and District of Montana, and elsewhere, the defendant, CRISTYAN JOSE GONZALEZ-CARRILLO, knowingly and unlawfully exported from the United States firearms, contrary to any law and regulation of the United States, in that the defendant had not obtained a license and written authorization for such export, in violation of Title 22 U.S.C. § 2778(b)(2), in violation of 18 U.S.C. § 554.

COUNTS 2-10

During June of 2020, in Gallatin and Park Counties, in the State and District of Montana, and elsewhere, the defendant, CRISTYAN JOSE GONZALEZ-CARRILLO, in connection with his acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 19, United States Code, knowingly made a false and fictitious written statement to said dealer which statement was intended and likely to deceive said dealer, as to a fact material to the lawfulness of such acquisition of said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented on an ATF Firearms Transaction Record form 4473 that he was the "actual buyer," when in truth and fact, as the defendant

2

then well knew, he was not the "actual buyer," all in violation of 18 U.S.C. § 922(a)(6). The firearms and transactions are more particularly described as follows:

| COUNT | FIREARM | DEALER | DATE | COUNTY |
|---|---|---|---|---|
| 2 | Glock, SN: AEHV770<br><br>Glock, SN: BNTZ152 | Bob Ward's | 6/17/20 | Gallatin |
| 3 | DB15, SN: DB2422979 | Murdoch's | 6/14/20 | Gallatin |
| 4 | DB15, SN: DB2419809 | Murdoch's | 6/16/20 | Livingston |
| 5 | Glock, SN: BNHM047<br><br>DB 15, SN: DB2124279 | Murdoch's | 6/14/20 | Gallatin |
| 6 | DB15, SN: DB2417466 | Murdoch's | 6/17/20 | Gallatin |
| 7 | Beretta, SN: PX312964 | Bob Ward's | 6/10/20 | Gallatin |
| 8 | Beretta, SN: PY165953 | Bob Ward's | 6/12/20 | Gallatin |
| 9 | Glock, SN: BNKP773 | Bob Ward's | 6/16/20 | Gallatin |
| 10 | DB15, SN: DB2419653 | Murdoch's | 6/8/20 | Gallatin |

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this indictment, the defendant, CRISTYAN JOSE GONZALEZ-CARRILLO, shall forfeit, pursuant to

18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

4